IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER REED,

    Petitioner,                    No. CIV S-10-2405 FCD GGH

    vs.

MICHAEL MARTEL,

    Respondent.                    ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis. Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        In accordance with the above, IT IS HEREBY ORDERED that petitioner's application to proceed in forma pauperis is granted.

DATED: December 14, 2010

                                /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE