IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER REED,

     Petitioner,                       No. CIV S-10-2405 KJM GGH P

    vs.

MICHAEL MARTEL, Warden,

     Respondent.                    ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 6, 2010, respondent filed a motion to dismiss the petition. Petitioner did not timely respond. On February 16, 2011, the court issued an order to show cause why the motion to dismiss should not be granted. On March 10, 2011, petitioner filed a response stating that he never received respondent's motion. On March 23, 2011, respondent filed a notice that he was re-serving petitioner with the motion to dismiss.

/////

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that petitioner's opposition or statement of non-opposition to the motion shall be filed and served within twenty-eight days of the date of this order, and respondent's reply, if any, shall be filed and served within fourteen days thereafter.

DATED: April 11, 2011

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:014
reed2405.ord